1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-cr-2560-JO |
|---|---|
| Plaintiff, | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| v. | |
| BRIAN DANG, | |
| Defendant. | |

15  On November 28, 2022, the parties filed a Joint Motion to Continue the Motion

16  Hearing/Trial Setting currently set for December 2, 2022 to February 17, 2023. For good

17  cause appearing, the Court GRANTS the joint motion to continue [Dkt. 25] and sets the

18  Motion Hearing/Trial Setting on February 17, 2023 at 10:30 a.m.

19  For the reasons set forth in the joint motion, the Court finds that the ends of justice

20  will be served by granting the requested continuance, and these outweigh the interests of

21  the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this

22  continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

23  //
24  //
25  //
26  //
27  //
28  //

1    Further, on November 21, 2022, the Defendant filed a pretrial motion that remains
2  pending. Accordingly, the Court finds that time from November 21, 2022 to February 17,
3  2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is
4  pending. 18 U.S.C. § 3161(h)(1)(D).

5    IT IS SO ORDERED.

6  Dated:         11/30/22

Hon. Jinsook Ohta
7                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28